

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 20-0011

FILED

06/09/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 20-0011

STATE OF MONTANA,

    Plaintiff,

vs.

Jose Martinez, Jr.,

    Defendant.

O R D E R

FILED

JUN 09 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Jose Martinez, Jr., has filed a Motion to Disqualify for Cause in the Thirteenth Judicial District Court, Yellowstone County, Cause No. DV-19-0674, in which he seeks to disqualify the Honorable Gregory R. Todd from presiding in that matter.

Martinez argues that Judge Todd must be disqualified under § 3-1-803, MCA, and M. C. Jud. Cond. 2.12(A)(2)(a) because Martinez filed a civil lawsuit against Judge Todd in the United States District Court for the District of Montana, Billings Division.

Section 3-1-803, MCA, provides in relevant part that a judge must not sit in any action to which he is a party. M. C. Jud. Cond. 2.12(A)(2)(a) provides in relevant part that a judge shall disqualify himself if he is a party to the proceeding. Judge Todd is not a party to Cause No. 19-0674. Disqualification is therefore not required under the applicable statute or rule.

IT IS THEREFORE ORDERED that the motion to disqualify District Judge Gregory R. Todd from Yellowstone County Cause No. DV-19-0674 is DENIED.

The Clerk is directed to provide copies of this Order to the Clerk of the District Court of Yellowstone County for notification to Jose Martinez, Jr., personally and to all counsel of record in Cause No. DV-19-0674, and to the Honorable Gregory R. Todd.

DATED this 8th day of June, 2020.

For the Court,

_____
Chief Justice